Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CHONG HWA LIM A/K/A JONG WHA RIM,<br><br>         Defendant. | NO. CR15-396-RAJ<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Rebecca S. Cohen, Assistant United States Attorney for said District, respectfully submits this memorandum regarding the sentencing of Chong Hwa Lim a/k/a Jong Wha Rim scheduled for March 18, 2016.

**SENTENCING RECOMMENDATION**

For the reasons set forth below, the Government recommends a total sentence of fifty-four months:  thirty months for Counts 1-4 (to run concurrent to each other), in addition to twenty-four months for Count 5, to run consecutive to the term of imprisonment imposed for Counts 1-4.  The Court should also impose $49,815.00 in restitution to the Internal Revenue Service (IRS).

Government's Sentencing Memorandum - 1
(United States v. Lim, CR15-396-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**BACKGROUND**

Chong Hwa Lim is a citizen and national of the Republic of Korea who was previously deported from the United States in 1995 and was living in the United States without legal status at the time of his arrest. Lim has two prior criminal convictions in the United States – a 1995 conviction in the Western District of Washington for Making a False Statement to a United States Customs Service Officer at a United States border crossing; and a 1995 conviction in the Western District of New York for Alien Smuggling. Due to his prior felony convictions and his immigration status, Defendant is not authorized to possess firearms in the United States.

In addition to "Chong Hwa Lim" (Defendant's listed name in the United States) and "Jong Wha Rim" (his listed name in Korea), Defendant has used a number of aliases while living in the United States. One such alias is "Jay Min Go," the name used by Defendant in December of 2014 when he applied for a Washington State driver's license using a forged or fraudulent Republic of Korea passport under that name.

Lim was a co-conspirator in a conspiracy to commit wire fraud. More specifically, the members of the conspiracy filed false tax returns with the IRS for tax year 2010 requesting refunds in the names of other individuals, including in the names of real people who had not authorized the use of their names and identifying information. The false returns requested tax refunds to which the taxpayers listed on the forms were not entitled, some of which were ultimately paid by the IRS and some of which were blocked because the IRS identified them as fraudulent. The actual loss attributable to the conspiracy was not less than $49,815.00 paid out on 47 tax returns, and the intended loss was not less than $457,237.00. The conspiracy was discovered by law enforcement after the execution of a search warrant at Lim's apartment in April 2015 during the course of a bank fraud investigation that uncovered, among many other things, high-end device making equipment; police equipment; counterfeit identifications, credit cards and immigration documents; hundreds of new Social Security cards; a loaded .380 Beretta handgun; an unloaded Mossberg 500 12-gauge shotgun; and a binder containing names,

Government's Sentencing Memorandum - 2
(United States v. Lim, CR15-396-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

social security numbers, and other identifying information for taxpayers (real and fake) used by the conspirators when filing fraudulent tax returns.

## THE CURRENT CHARGES AND PLEA AGREEMENT

Defendant was arrested on April 14, 2015, and charged in the King County Superior Court with Unlawful Possession of a Firearm in the Second Degree, two counts of Theft in the First Degree, and Forgery. The King County charges were subsequently dismissed as a result of this federal prosecution.

On December 18, 2015, a five count Information was filed charging Lim with one count of Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a), one count of Forgery and False Use of a Passport in violation of 18 U.S.C. § 1543, one count of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), one count of Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349, and one count of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A. Dkt. No. 16. On December 22, 2015, Lim pleaded guilty to the charges in the Information and waived indictment. Dkt. No. 20. In exchange for his guilty plea, the Government agreed to recommend a total sentence of no more than fifty-four (54) months, inclusive of the mandatory two-year consecutive term for Count 5 (Aggravated Identity Theft). The plea agreement contains a waiver of appeal. *Id*.

## SENTENCING GUIDELINES

The government agrees with the offense-level calculations set forth in the Presentence Investigation Report, and agrees that with a total offense level of 21 for Counts 1-4 and a Criminal History Category of I, Lim's advisory Guidelines range is 37-46 months for Counts 1-4. Count 5 carries a mandatory twenty-four month term of imprisonment, which must run consecutive to the sentence imposed for Count 4.

## 18 U.S.C. § 3553 ANALYSIS

A total sentence of fifty-four (54) months of imprisonment is sufficient, but not greater than necessary, to achieve the objectives outlined in Title 18, United States Code, Section 3553(a).

Government's Sentencing Memorandum - 3
(United States v. Lim, CR15-396-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

First, the recommended prison term is warranted given the seriousness of the offense, to promote respect for the law, and the need to provide just punishment. The items found in Defendant's apartment demonstrate that the Government does not know the full extent of the Defendant's crimes, and likely never will. And putting aside the full scope of his conduct, just the five counts under consideration here represent a wide breath of criminal activity and behavior. Not only did Lim participate in a conspiracy to commit wire fraud by attempting to defraud the United States of hundreds of thousands of dollars, the conspiracy also used the identities of real people when submitting fraudulent tax returns, causing harm to those individuals as well. In addition, Lim illegally reentered the United States after being previously deported, illegally possessed firearms, and used a forged or fraudulent passport when applying for a Washington State driver's license. Given the breadth and seriousness of his conduct, the Government respectfully submits that the recommended term here is needed to provide appropriate and just punishment.

Second, the Government's recommendation reflects Lim's criminal history, including the fact that he was previously deported after a conviction for Alien Smuggling, and provides deterrence to prevent Lim from engaging in the same or similar conduct in the future. Notably, the conduct underlying Lim's 1995 Alien Smuggling condition involved the use of altered immigration documents, and that conviction and the sentence imposed as a result thereof obviously did not deter Lim from engaging is similar conduct again.

Finally, the government's recommendation takes into account the mitigating factors working in Lim's favor; specifically, Lim's willingness to accept responsibility for his actions at an early stage in the proceedings and his poor health.

Government's Sentencing Memorandum - 4
(United States v. Lim, CR15-396-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## WAIVER OF APPEAL

As previously noted and detailed in Paragraph 17 of the Plea Agreement, should Lim receive a sentence within or below the Guidelines range as calculated by the Court, he waives his appeal rights to the maximum extent permitted by law.  Should the Court impose such a sentence, the government requests that Lim be advised of this waiver.

## CONCLUSION

For the foregoing reasons, the Government requests the Court to sentence Lim to a total sentence of fifty-four months, including thirty months for Counts 1-4 (to run concurrent to each other), and twenty-four months for Count 5, to run consecutive to the term of imprisonment imposed for Counts 1-4.  The Government concurs with Probation that no term of supervision in necessary because Lim will be deported from the United States upon his release from imprisonment.  Finally, the Government asks the Court to order $49,815.00 in restitution to the Internal Revenue Service.

DATED this 11th day of March, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Rebecca S. Cohen*
Rebecca S. Cohen
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-6526
Fax Number: 206-553-4073
Email:  rebecca.cohen@usdoj.gov

Government's Sentencing Memorandum - 5
(United States v. Lim, CR15-396-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Rebecca S. Cohen*
Rebecca S. Cohen
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-6526
Fax Number: 206-553-4073
Email: rebecca.cohen@usdoj.gov

Government's Sentencing Memorandum - 6
(United States v. Lim, CR15-396-RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970